UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ABILENE HOLDING LLC, d/b/a
ROADWAY INN,

    Plaintiff,

v.                                                         No. 1:24-CV-190-H

KINSALE INSURANCE COMPANY,

    Defendant.

### ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for insufficient service of process and failure to effect service. Dkt. No. 20. No objections were filed, and the plaintiff has taken no action in this case since May 14, 2025. *See* Dkt. No. 14.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendant are dismissed without prejudice for insufficient service of process and failure to effect service.

So ordered on October 7, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE